

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21324-CIV-SEITZ/O'SULLIVAN

STACEY VAN BYRD,

    Petitioner,

v.

WALTER MCNEIL,

    Respondent.
_____/

### ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-4]. In the Report, Magistrate Judge White recommends that Petitioner, Stacey Van Byrd's Petition for Writ of Habeas Corpus [DE-1] be dismissed as a successive petition which violates 28 U.S.C. § 2244(b)(3)(A). Section 2244(b)(3)(A) requires an applicant to require leave from the appropriate court of appeals prior to filing a second or successive application for habeas relief. Petitioner filed Objections [DE-5] in which Petitioner states that his petition is not a second or successive petition because it challenges the constitutionality of his resentencing. Petitioner relies on *In re: Green*, 215 F.3d 1195, 1195-96 (11th Cir. 2000), in which the Eleventh Circuit found that a challenge to a resentencing that resulted from the granting of a habeas petition was not a successive petition, within the meaning of the statute. However, Petitioner has not shown that the same situation exists here. Petitioner's original § 2254 petition was denied by this Court. *See* Case No. 03-22923-CIV, DE-21. Petitioner's petition, and a check of the Florida Department of Corrections website, do not show that Petitioner was resentenced after denial of his first § 2254 petition. Thus, *In re: Green* is inapplicable. Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-4] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Petitioner's Petition [DE-1] is DISMISSED;

(3) Petitioner's Objections [DE-5] are OVERRULED;

(4) Petitioner's Motion to Proceed *In Forma Pauperis* [DE-2] is DENIED AS MOOT;

(5) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(6) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 27th day of October, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge White
All counsel of record